UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 2018-CIV-20651-UNGARO/O'SULLIVAN

------------------------------------------------------------------- x
GEHISA SANABRIA MARQUEZ,

            **Plaintiff,**

  v.

IBERIA LINEAS AEREAS DE ESPAÑA, S.A.
OPERADORA CO.,

            **Defendant.**

------------------------------------------------------------------- x

## DEFENDANT IBERIA AIRLINES' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the defendant, IBERIA, LÍNEAS AÉREAS DE ESPAÑA, S.A. OPERADORA, SOCIEDAD UNIPERSONAL sued herein as IBERIA, LÍNEAS AÉREAS DE ESPAÑA, S.A. OPERADORA CO. ("Iberia Airlines"), certifies that International Consolidated Airlines Group, S.A. is the parent of Iberia Airlines, that there is no parent corporation of International Consolidated Airlines Group, S.A., and that no other publicly held corporations hold 5% or more stock of Iberia Airlines.

                *       *       *

Dated:  February 21, 2018             Respectfully submitted,

                                             CONDON & FORSYTH LLP

                                               */s Robert C. Owens*

By: _____
       Robert C. Owens
       Florida Bar No. 273988
701 Brickell Avenue, Suite 1550
Miami, Florida 33131
Tel: (305) 492-7303/(305)245-6813
Fax: (305) 245-6403
Email: bobowens@avlaw.com;

*Attorneys for Defendant*
IBERIA LINEAS AEREAS DE ESPAÑA, S.A.
OPERADORA CO.

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve a copy by email on the attorneys listed the Service List below.

                                          *s/ Robert C. Owens*
                                          _____
                                          Robert C. Owens

## SERVICE LIST

John Thornton, Esq.
Do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. Second Street, Suite 602
Miami, Florida 33131
Phone:  (305) 358-6600
Fax:  (305) 358-6601
Email:  jt@dandtlaw.com

*Counsel for Plaintiff*
GEHISA SANABRIA MARQUEZ


Dated:  February 21, 2018        Respectfully submitted,

                                        CONDON & FORSYTH LLP

                                           */s Robert C. Owens*
                                      By:  _____
                                            Robert C. Owens

       Florida Bar No. 273988

    701 Brickell Avenue, Suite 1550
    Miami, Florida 33131
    Tel: (305) 492-7303/(305)245-6813
    Fax: (305) 245-6403
    Email: bobowens@avlaw.com;

    *Attorneys for Defendant*
    IBERIA LINEAS AEREAS DE ESPAÑA, S.A.
    OPERADORA CO.

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and have served a copy by email on the attorneys listed the Service List.

*s/ Robert C. Owens*

_____

Robert C. Owens

## SERVICE LIST

John Thornton, Esq.
Do Campo & Thornton, P.A.
Chase Bank Building
150 S.E. Second Street, Suite 602
Miami, Florida 33131
Phone:  (305) 358-6600
Fax:  (305) 358-6601
Email:  jt@dandtlaw.com

*Counsel for Plaintiff*
*GEHISA SANABRIA MARQUEZ*